United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ZAHIYA MBABA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00478** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Zahiya Mbaba's ("Petitioner") Emergency Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) Petitioner is **ORDERED** to submit proof of service on the named Respondents by registered or certified mail pursuant to Federal Rule of Civil Procedure 4(i) by **March 31, 2026**.

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the petition, (Dkt. 1), and serve it on Petitioner no later than **April 3, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' response on or before **April 10, 2026**.

The Clerk of Court is **DIRECTED** to e-mail a copy of the petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

IT IS SO ORDERED.

SIGNED this March 27, 2026.

Diana Saldaña
United States District Judge