United States District Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ZAHIYA MBABA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00478** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On July 21, 2026, Petitioner Zahiya Mbaba and Federal Respondents filed a self-effectuating joint stipulation of dismissal. (Dkt. 14); *see* Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation—signed by counsel for all parties—notifies the Court that the case is dismissed without prejudice as moot. (Dkt. 14 at 2); *see* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby **DIRECTED** to **TERMINATE** the case.

IT IS SO ORDERED.

SIGNED this July 24, 2026.

_____
Diana Saldaña
United States District Judge

1 / 1